IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | |
| v. | | CR NO: 1:22-CR-00111-ADA-BAM |
| JOSEPH ARCHA, | | |
| | Defendants. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Joseph Archa

Detained at          Fresno County Jail, located at 1225 M. Street, Fresno CA

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment  ☐ Information  ☐ Complaint
                       charging detainee with:   Title 18 U.S.C. § 922(g)

          or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
          or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary on December 5, 2022 at 2 p.m. in the Eastern District of California.*

Signature:

Printed Name & Phone No:      Stephanie M. Stokman 559-497-4045

Attorney of Record for:       United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on December 5, 2022** for an appearance at **2:00 p.m** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: __**Nov 18, 2022**__

_____
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | 2216013 | DOB: | 05/04/1989 |
| Facility Address: | 1225 M. Street, Fresno, CA | Race: | W |
| Facility Phone: | | FBI#: | 252759HC5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                              (signature)