Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JOSEPH ARCHA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH ARCHA,<br><br>　　　　　　Defendant. | Case No.: 1:22-cr-00111-ADA-BAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Defendant, by and through its counsel of record, and Plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Sentencing Hearing on August 7, at 8:30 a.m..

2. By this stipulation, defendant, and Plaintiff United States of America, now move to continue the case and set a Sentencing Hearing on September 11, at 8:30 a.m., and to exclude time between August 07, 2023, and September 11, at 8:30 a.m., under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, coordinate with State Attorney, and to otherwise prepare for sentencing.

　　b) Counsel for defendant believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

      c)      The government nor defendant, object to the continuance.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2023 to September 11, at 8:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  August 2, 2023

    PHILLIP A. TALBERT
    United States Attorney

    STEPHANIE STOKMAN
    STEPHANIE STOKMAN
    Assistant United States Attorney

Dated:  August 2, 2023

    /s/ ADILENE FLORES ESTRADA
    ADILENE FLORES ESTRADA
    Counsel for Defendant
    Joseph Archa

IT IS SO ORDERED.

    Dated:  August 4, 2023

    UNITED STATES DISTRICT JUDGE