Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JOSEPH ARCHA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JOSEPH ARCHA,<br><br>    Defendant. | Case No.:  1:22-CR-00111-ADA-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND ORDER** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

On April 21, 2022, Defendant, Joseph Archa was indicted on federal charges.  CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Archa.  On September 6, 2023 Mr. Archa was sentenced to a plea agreement.  The 14 days to file a notice of direct appeal have passed.  No direct appeal was filed.  Mr. Archa was in custody at sentencing. Having completed his representation of Mr. Archa,  CJA attorney Adilene Flores Estrada, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Archa require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 06/03/2025              Respectfully submitted,

/s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
JOSEPH ARCHA

**ORDER**

Having reviewed the notice and found that attorney Adilene Flores Estrada has completed the services for which she was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joseph Archa at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Joseph Archa

BOP: 32884-510

McDowell FCI

101 Federal drive

Welch, WV 24801

IT IS SO ORDERED.

Dated:  **June 9, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE